1  Paul Mankin, IV (264038)
2  Law Offices of Paul Mankin, IV
3  369 S. Doheny Dr. #415
   Beverly Hills, CA 90211
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   pmankin@paulmankin.com
6  Attorney for Plaintiff
7  CHARLEEN SMITH

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN SMITH, | Case No.: EDCV13-02186-R(SPx) |
| Plaintiff, | [Hon. Manuel L. Real] |
| v. | **NOTICE OF SETTLEMENT** |
| MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 to 20, INCLUSIVE, | Complaint Filed: October 18, 2013<br>Removal Filed:  November 27, 2013<br>Trial Date:       None set |
| Defendants. | |

   NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 17th day of June, 2014.

                                    By: /s/ Paul Mankin, IV
                                        Paul Mankin, IV
                                        Law Offices of Paul Mankin, IV.

Filed electronically on this 17th day of June, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Manuel L. Real
United States District Court
Central District of California

THOMAS F. LANDERS (SBN 207335)
tlanders@swsslaw.com
LEAH S. STRICKLAND (SBN 265724)
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755
Attorneys for MIDLAND CREDIT MANAGEMENT, INC.
.

/s/ Paul Mankin, IV
Paul Mankin, IV